366 P.2d 992

In the Matter of the General Determination of Water Rights in the ESCALANTE VALLEY DRAINAGE AREA.

J. Delmar KIRK, Executor of the Estate of D. E. Kirk, Deceased, Plaintiff and Appellant,

v.

Wayne D. CRIDDLE, State Engineer of the State of Utah, et al., Defendants and Respondents.

No. 9517.

Supreme Court of Utah.

Dec. 18, 1961.

Cline, Wilson & Cline, Milford, for appellant.

Walter L. Budge, Atty. Gen., Dallin Jensen, Asst. Atty. Gen., for respondents.

PER CURIAM.

The issues raised in this case are governed by our decision in a prior case of the same title, No. 9283, 12 Utah 2d 112, 363 P.2d 777.

It is ordered that the decree disallowing plaintiff's claim to water rights be set aside and one entered in conformity with that decision. Costs to appellant.